482 Pa. 261 (1978)
393 A.2d 653
N.I., INC. (Formerly Northern Industries, Inc.), Appellant,
v.
COMMONWEALTH of Pennsylvania, Appellee.
Supreme Court of Pennsylvania.
Argued September 26, 1978.
Decided October 16, 1978.
Melvin Schwartz, Joseph K. Pierce, Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, John P. Klee, Pittsburgh, for appellant.
R. Scott Shearer, Deputy Atty. Gen., Harrisburg, for appellee.
*262 Before EAGEN, C.J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION
PER CURIAM:
Order affirmed.